FILED '10 JAN 11 17:01 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EMMANUEL R. BEAULIEU,            )
                                 )
            Plaintiff,           )
                                 ) Civil No. 09-6225-TC
                                 )
    v.                           )
                                 ) ORDER
UNITED STATES OF AMERICA, etal,  )
                                 )
            Defendants.          )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on December 15, 2009, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed December 15, 2009, in its entirety. Defendant's motion to dismiss (#3) is granted. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 11th day of Jan., 2010.

_Michael C. Hogan_
UNITED STATES DISTRICT JUDGE

2   - ORDER